**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**STEPHANIE SOLIS,**

      **Plaintiff,**

  vs.                                Civil Action 2:23-cv-1390
                                       Chief Judge Algenon L. Marbley
**THE OHIO STATE UNIVERSITY**        Magistrate Judge Jolson
**WEXNER MEDICAL CENTER,**

      **Defendant.**

## NOTICE

**PROCEEDING:**     **PRELIMINARY PRETRIAL CONFERENCE**

**PLACE:**     **VIA TELECONFERENCE**
     Jos. P. Kinneary U.S. Courthouse
     85 Marconi Blvd., R-200
     Columbus, OH 43215

**DATE/TIME:**     **June 21, 2023 @ 10:30 a.m.**

**PLEASE NOTE:**

    1. The report required by Rule 26(f) of the Federal Rules of Civil Procedure must be filed no fewer than seven (7) days prior to the pretrial conference. The required form can be found on the Court's website, www.ohsd.uscourts.gov. Click on Forms and then select Rule 26(f) Report of the Parties (Eastern Division Only).

    2. The Eastern Division General Order on Pretrial Conference can also be found on the Court's website.

    3. Parties or principals represented by counsel are welcome, but not required, to attend the conference. Individuals not represented by counsel must participate.

    4. Questions or concerns should be directed to chambers at 614-719-3470.

May 22, 2023                                        *s/Jessica Rector*
                                                   Jessica Rector, Courtroom Deputy to
                                                   Magistrate Judge Kimberly A. Jolson